# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

JUAN NAVARRO,                                    :    No. 35 EM 2020
                                                 :
          Petitioner                 :
                                                 :
                                                 :
                                                 :
     v.                                    :
                                                 :
                                                 :
                                                 :
JOHN WETZEL, SECRETARY OF THE                    :
DEPARTMENT OF CORRECTIONS;                       :
BERNADETTE MASON, FACILITY                       :
MANAGER OF SCI-MAHANOY; L.                       :
KRASNER, DISTRICT  ATTORNEY OF                   :
PHILADELPHIA,                                    :
                                                 :
          Respondents                :


## <u>ORDER</u>


**PER CURIAM**

     **AND NOW**, this 5th day of June, 2020, the "Emergency Motion Seeking Release from Respondents['] Custody" is DENIED.